[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11636
Non-Argument Calendar

_____

D. C. Docket No. A095-467-499

MEI YUN ZHUO,

Petitioner,

versus

UNITED STATES ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals

_____

(December 31, 2012)

Before MARCUS, KRAVITCH and EDMONDSON, Circuit Judges.

PER CURIAM:

The BIA denied Mei Yun Zhuo's untimely motion to reopen removal

proceedings, after the BIA concluded that she failed to demonstrate changed

country conditions -- particularly in Zhuo's area of China or for parents of children born in the United States -- within China.

Zhuo seeks review of the BIA's denial of her motion to reopen her removal proceedings:  BIA's judgment was made in 2008. The motion to reopen was made in 2011.  Zhuo did not demonstrate that changed country conditions within China excepted her untimely motion to reopen from the Immigration and Nationality Act's ("INA") time limitation on motions to reopen.  Nothing shows that the BIA failed to deal with the evidence, and the BIA did not abuse its discretion by denying her motion to reopen.  So, we deny her petition for review.

PETITION DENIED.